# EXHIBIT A



Dear Policyholder,

Thank you for choosing Zurich for your Management Liability Product(s).  We **truly** appreciate your business and welcome the opportunity to work with you.

We wanted **to** inform you that under **the** terms **of** this transaction you are entitled **to** online services and resources that are designed just for management solutions customers.  These resources are available **at** no additional **cost to** you and include **loss** mitigation tips and techniques, industry-related articles and more. Here are just some examples **of** what **is** available to you:

- **eDiscovery website** – a real-time information **tool,** including **a** readiness assessment for this rapidly growing phenomena
- **Thought leadership materials** – dedicated **to** your top-of-mind needs, including timely webinars and engaging white papers, even specific to your industry segment
- **Security & Privacy readiness self assessment** – this exposure makes headlines daily.  How ready **is** your organization for this fast-growing threat?
- **Strategic Risk Services and Enterprise Risk Management** – on-line information source for related **hot** topics and ERM videos to minimize barriers to achieving expected business outcomes

To access this information and all **other** resources, simply visit www.ZurichMgmtSolutions.com.  Please be sure **to** have your policy number handy.

***Deliver for our customers when it matters most***. At Zurich, that's **the** promise we make every day.  I thank you again for choosing Zurich.

Sincerely,

*Brian F. Winters*

Brian Winters
Head of Specialty Products

© 2011 Zurich American Insurance Company. All rights reserved.

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

U-GU-874-A CW  (06/11)
Page 1 of 1



# Important Notice – In Witness Clause

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                                     Corporate Secretary

| |
|---|
| **QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):<br>Zurich in North America<br>Customer Inquiry Center<br>1299 Zurich Way<br>Schaumburg, Illinois  60196-1056<br>**1-800-382-2150** (Business Hours:  8am - 4pm [CT])<br>**Email**: info.source@zurichna.com |

U-GU-319-F  (01/09)
Page 1 of 1

Insured Name: Heritage Commerce Corp
Policy Number: DOP 5932284-05
Effective Date: 08/01/2018



THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE\***

Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA:
**Included in Premium**

\*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1. To be an act of terrorism;

2. To be a violent act or an act that is dangerous to human life, property or infrastructure;

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GU-630-D CW (01/15)
Page 1 of 2

3.  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GU-630-D CW (01/15)
Page 2 of 2

Exhibit A
Page 6

# Zurich Excess Select Insurance Policy
Declarations

ZURICH

Insurance is provided by:     ZURICH AMERICAN INSURANCE COMPANY
1299 Zurich Way
Schaumburg, Illinois 60196
(The "Underwriter")

THIS POLICY FOLLOWS TO THE TERMS, CONDITIONS, AND LIMITATIONS OF THE FOLLOWED POLICY. COVERAGE IS LIMITED TO LOSS FROM CLAIMS AGAINST THE POLICYHOLDER DURING THE POLICY PERIOD OR ANY APPLICABLE EXTENDED REPORTING PERIOD, IF EXERCISED, AND REPORTED TO THE UNDERWRITER PURSUANT TO SUBSECTION III.A.  THE LIMIT OF LIABILITY SHALL BE REDUCED BY AMOUNTS INCURRED AS DEFENSE COSTS AND/OR CLAIMS EXPENSES, IF APPLICABLE.  PLEASE READ THIS POLICY CAREFULLY.   DEFINED TERMS APPEAR IN BOLD AND HAVE THE MEANING SET FORTH IN THE DECLARATIONS.

Policy Number:   DOP 5932284-05

Item 1.   **Policyholder** and Mailing Address:    Heritage Commerce Corp
150 Almaden BLVD
San Jose, CA 95113

Item 2.   Aggregate Limit of Liability:    $5,000,000

Item 3.   **Underlying Insurance:**

| A. | Followed Policy | Policy | Policy Number | Limit of Liability | Attachment |
|---|---|---|---|---|---|
| | Federal Insurance Company | Primary | 8212-0722 | $5,000,000 | $500,000 |

| B. | Other Underlying Insurance | Policy Number | Limit of Liability | Attachment |
|---|---|---|---|---|
| | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |

Item 4.   **Policy Period**: From: 12:01 A.M. on 08/01/2018   To: 12:01 A.M. on 08/01/2019
Policy incepts and expires at the local time at the address shown in Item 1.

Item 5.   Notice to Underwriter:

    A.   Address for Notice of Claim or Potential Claim     B.   Address for All Other Notices:

      Attn:    Zurich North America-MSG Claims        Attn:    Zurich North America
               P.O. Box 968041                                                4 World Trade Center
               Schaumburg, IL  60196-8041                     150 Greenwich Street
               msgclms@zurichna.com                                New York, NY 10007

Item 6.   Premium:   $78,000

Item 7.   Endorsements Effective at Inception:  See Attached Schedule of Forms and Endorsements



# Form and Endorsement Schedule

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| DOP 5932284-05 | 08/01/2018 | 08/01/2019 | 08/01/2018 | ---- | ---- |

**Policyholder:** Heritage Commerce Corp

This endorsement modifies insurance provided under the following:

**Zurich Excess Select Insurance Policy**

| Form Name | Form Number | Edition Date | Endorsement No. |
|---|---|---|---|
| Disclosure Statement | U-GU-873-A CW | (06/11) | |
| Notice of Disclosure for Agent & Broker Compensation | U-GU-874-A CW | (06/11) | |
| Important Notice - In Witness Clause | U-GU-319-F | (01/09) | |
| Disclosure of Important Information Relating to TRIA | U-GU-630-D CW | (01/15) | |
| Zurich Excess Select Insurance Policy Declarations | U-FLXS-D-100-A CW | (08/11) | |
| Zurich Excess Select Insurance Policy | U-FLXS-100-A CW | (08/11) | |
| Cap on Losses from Certified Acts of Terrorism | U-GU-767-B CW | (01/15) | 1 |
| Sanctions Exclusion Endorsement | U-GU-1191-A CW | (03/15) | 2 |
| Revised Definition of Spouse | U-GU-1223-A CA | (09/16) | 3 |
| Certified Acts of Terrorism Exclusions | U-EXS-273-C CW | (01/15) | 4 |
| California Amendatory Endorsement | U-FLXS-145-B CA | (01/15) | 5 |
| Prior or Pending Exclusion Endorsement | U-FLXS-207-A CW | (08/11) | 6 |

All other terms, conditions, provisions and exclusions of this policy remain the same.



# Zurich Excess Select Insurance Policy

The Underwriter issues this policy in reliance upon the statements made in the application, warranty, if permitted, representations or statements made by the **Policyholder** to the Underwriter, in the application to the insurers of the **Underlying Insurance** and any binder of **Underlying Insurance**. All terms in bold below shall have the meaning provided in the Declarations. In consideration of payment of the premium and subject to the Declarations and the definitions, limitations, conditions, provisions and other terms of this policy and any endorsements hereto, the Underwriter and the **Policyholder** agree as follows:

I. INSURING CLAUSE – The Underwriter shall provide the **Policyholder** with insurance coverage during the **Policy Period** excess of the **Underlying Insurance**. The **Policyholder** may have the right to purchase an extended reporting period for purposes of reporting claims during the extended reporting period. Coverage under this policy shall attach only after:

   A. all the Limits of Liability of the **Underlying Insurance** have been exhausted solely as a result of the actual payment of covered loss(es); or

   B. the **Policyholder** and/or any other insurer(s), entity, or individual on behalf of the **Policyholder** has paid up to the full limits of liability for such loss, and satisfied any deductible(s) or retention amount(s) of the **Underlying Insurance** on behalf of the insurer(s) of any **Underlying Insurance**, including coverage provided pursuant to a difference in conditions policy.

   Coverage under this policy shall then apply in conformance with and subject to the warranties, if permitted, limitations, conditions, provisions, and other terms of the **Followed Policy**, together with the warranties, if permitted, and limitations of any other **Underlying Insurance**. In no event shall coverage under this policy be broader than coverage under any **Underlying Insurance**. In the event of reduction or exhaustion of all the Limits of Liability of the **Underlying Insurance** solely as a result of the payment of covered loss(es), this policy shall: (1) in the event of reduction, pay excess of the reduced Limit(s) of Liability of the **Underlying Insurance**, or (2) in the event of exhaustion, continue in force as primary or governing insurance excess of the applicable deductible(s) or retention amount(s) in the **Followed Policy**, which deductible(s) or retention(s) shall be applied to any subsequent covered loss as specified in the **Followed Policy**.

II. LIMIT OF LIABILITY

   The amount set forth in Item 2. of the Declarations shall be the Underwriter's maximum aggregate liability under this policy with respect to all claims. Defense costs and/or claims expenses, if applicable, are part of and not in addition to the Limit of Liability and the payment by the Underwriter of such defense costs and/or claims expenses, if applicable, reduce the Limit of Liability.

   Any coverage under the **Followed Policy** that provides for a maximum Limit of Liability that is less than the Limit of Liability stated in Item 3. of the Declarations for such **Underlying Insurance** ("Sublimit of Liability") shall not be provided by this policy. Provided, however, any actual payment of covered loss(es) made under the **Followed Policy** or other **Underlying Insurance** on account of any claim, for which coverage is subject to a Sublimit of Liability, shall be recognized by the Underwriter as contributing to the reduction or exhaustion of the Limit(s) of Liability designated in Item 3. of the Declarations.

III. CONDITIONS

   A. Reporting and Notice – As a condition precedent to exercising any rights under this policy, the **Policyholder** shall give the Underwriter written notice of any claim or any potential claim under this policy or any **Underlying Insurance** in the same manner required by the terms and conditions of the **Followed Policy**. Notwithstanding the foregoing, notice to the insurer(s) of the **Followed Policy** or other **Underlying Insurance** does not constitute notice to the Underwriter. Written notice of any claim or potential claim shall be provided to the Underwriter at the address set forth in Item 5.A. of the Declarations.

    The Underwriter shall be given notice in writing to the address set forth in Item 5.B. of the Declarations as soon as practicable in the event of (1) termination of any **Underlying Insurance**, (2) any additional or return premiums charged or allowed in connection with any **Underlying Insurance**, or (3) any change to any of the **Underlying Insurance**.

B.   Alteration – No change in, modification of, or assignment of interest under this policy or **Underlying Insurance** shall be effective except when made by a written agreement or endorsement to this policy by an authorized representative of the Underwriter. To the extent such **Underlying Insurance** is modified or altered, the Underwriter shall not recognize any new or modified coverage to which it has not consented.

C.   Maintenance of Underlying Insurance – As a condition precedent to coverage under this policy, the **Policyholder** agrees to maintain the **Underlying Insurance** during the **Policy Period** in full effect with solvent insurers. To the extent such **Underlying Insurance** is not maintained, then the **Policyholder** shall be deemed self-insured for the amount of the Limit(s) of Liability of any such **Underlying Insurance**.

**Endorsement # 1**

# Cap On Losses From Certified Acts Of Terrorism



| Insured's Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| Heritage Commerce Corp | DOP 5932284-05 | 08/01/2018 | 1 |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance.

**Zurich Excess Select Insurance Policy**

**A.  Cap on Losses From Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.  To be an act of terrorism;

2.  To be a violent act or an act that is dangerous to human life, property or infrastructure;

3.  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B.  Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

U-GU-767-B CW  (01/15)
Page 1 of 1

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Endorsement # 2**

# Sanctions Exclusion Endorsement



**Policyholder:**  Heritage Commerce Corp

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided. Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**

Endorsement # 3

# Revised Definition of Spouse Endorsement



| THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY. |||
|---|---|---|
| Policyholder: Heritage Commerce Corp | Policy No.: DOP 5932284-05 | Effective Date: 08/01/2018 |

It is hereby understood and agreed that the following changes are made and incorporated into the Policy/Certificate:

**PURPOSE:** California law provides that registered domestic partners have the same rights, protections, and benefits, and are subject to the same responsibilities, obligations, and duties under law, whether they derive from statutes, administrative regulations, court rules, government policies, common law, or any other provisions or sources of law, as are granted to and imposed upon spouses. Existing law requires, where necessary to implement the rights of registered domestic partners, gender-specific terms referring to spouses to be construed to include domestic partners.

**DEFINITIONS, TERMS, CONDITIONS AND PROVISIONS:**

The definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:

**Spouse** includes a Registered Domestic Partner.

Except for the above, this endorsement does not vary, alter, waive, or extend any of the terms of the **Policy/Certificate** to which it is attached.

Endorsement No.   3

Insurance Company Zurich American Insurance Company                    Date: _____

_____
                        Countersigned by

U-GU-1223-A CA (09/16)
Page 1 of 1



# Certified Acts of Terrorism Exclusion

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| DOP 5932284-05 | 08/01/2018 | 08/01/2019 | 08/01/2018 | 18331000 | ---- | ---- |

**Named Insured and Mailing Address:**

Heritage Commerce Corp
150 Almaden BLVD
San Jose, CA 95113

**Producer:**

CRC Swett
50 California Street, Suite 2000
San Francisco, CA 94111

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**A. Exclusion of Certified Acts of Terrorism**

This policy does not apply to any liability, damage, loss, cost or expense arising, directly or indirectly, out of a "certified act of terrorism", including any action taken in hindering or defending against an actual or expected "certified act of terrorism". This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B. Definition of Certified Act of Terrorism**

As used in this endorsement, "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. TRIA provides that the Secretary of Treasury shall certify an act of terrorism:

1. To be an act of terrorism;
2. To be a violent act or an act that is dangerous to human life, property or infrastructure;
3. To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4. To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

All other terms and conditions of this policy remain unchanged.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-EXS-273-C CW (01/15)
Page 1 of 1

**Endorsement # 5**

# California Amendatory Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| DOP 5932284-05 | 08/01/2018 | 08/01/2019 | 08/01/2018 | ---- | ---- |

**Policyholder:** Heritage Commerce Corp

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Zurich Excess Select Insurance Policy**

It is agreed that:

For purposes of this Endorsement, all terms in bold below shall have the meaning provided in the Declarations and **Underlying Insurance**. The following sections are added to the Policy:

IV. EXTENDED REPORTING PERIODS

    A. Automatic Extended Reporting Period:

    If either the Underwriter or the **Policyholder** fails or refuses to renew, or if the **Policyholder** cancels this Policy, other than for nonpayment of premium, coverage granted by this Policy shall be automatically extended for a period of sixty (60) days after such nonrenewal or cancellation, but only with respect to any wrongful act taking place prior to the effective date of such nonrenewal or cancellation. No additional premium shall be payable for such Automatic Extended Reporting Period. The Automatic Extended Reporting Period shall not apply where an optional Extended Reporting Period has been purchased, or to Claims that are covered under any subsequent insurance purchased by or for the benefit of the **Policyholder**.

    B. Optional Extended Reporting Period

    If either the Underwriter or the **Policyholder** fails or refuses to renew, or if the **Policyholder** cancels this Policy other than for nonpayment of premium, then the **Policyholder** on behalf of all Insureds shall have the right, upon payment of an additional premium, to an extension of the coverage granted by this Policy as set forth in an endorsement to this policy following the effective date of such nonrenewal or cancellation, but only with respect to any wrongful act taking place prior to the effective date of such nonrenewal or cancellation. This right of extension shall lapse unless written notice of such election, together with payment of the additional premium due, is given by the **Policyholder** to the Underwriter within sixty (60) days following the effective date of nonrenewal or cancellation.

    C. The Automatic Extended Reporting Period pursuant to Subsection IV.A and the Optional Extended Reporting Period, if purchased, pursuant to Subsection IV.B, shall be collectively referred to in this Policy as the Extended Reporting Period. Any claim first made and reported during the Extended Reporting Period, if applicable, shall be considered made during the **Policy Period**. The Extended Reporting Period does not reinstate or increase the Limits of Liability beyond the Limits of Liability available under this Policy or extend the **Policy Period**. If the Optional Extended Reporting Period is purchased, the Automatic Extended Reporting Period shall be included within and not in addition to the Optional Extended Reporting Period.

    Any Optional Extended Reporting Period if purchased shall be non-cancellable and the entire premium shall be deemed earned at its commencement.

V. POLICY TERMINATION, NONRENEWAL AND CONDITIONAL RENEWAL

    This Policy shall terminate at the earliest of the following times:

    A. upon expiration of the **Policy Period** as set forth in Item 4 of the Declarations;

U-FLXS-145-B CA (01/15)
Page 1 of 2

B. at such other time as may be agreed upon by the Underwriter and the **Policyholder**.

C. Cancellation

1. This Policy may be canceled by the **Policyholder** by surrender thereof to the Underwriter or any of its authorized representatives, or by mailing to the Underwriter written notice stating when, thereafter, cancellation shall be effective.

2. The Underwriter may cancel this Policy only for nonpayment of premium. In such event, the Underwriter shall mail written notice of cancellation for nonpayment of premium to the **Policyholder**. Such notice shall state the effective date of cancellation, which shall not be less than fifteen (15) days after mailing such notice.

3. In the event of cancellation, the Underwriter shall refund the unearned premium computed pro rata.

D. Nonrenewal

If the Underwriter elects not to renew this Policy, the Underwriter shall send written notice of nonrenewal at least sixty (60) days, and not more than 120 days, prior to expiration. Such written notice shall set forth the reason for non-renewal.

E. Conditional Renewal

If the Underwriter elects to renew this policy subject to: (i) an increase in premium or 25% or more; (ii) a reduction in the Limit of Liability; (iii) an increase in the Self-Insured retention; or (iv) an elimination of coverage; the Underwriter shall mail written notice of the change(s) to the **Policyholder** at least sixty (60) days before the expiration date of the policy and not more than 120 days.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

**Endorsement # 6**



# Prior or Pending Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| DOP 5932284-05 | 08/01/2018 | 08/01/2019 | 08/01/2018 | ---- | ---- |

**Policyholder:** Heritage Commerce Corp

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**Zurich Excess Select Insurance Policy**

It is agreed that:

The following section is added to the policy:

EXCLUSIONS:

The Underwriter shall not be liable for loss on account of, based upon, arising out of, or attributable to any written demand, suit or proceeding pending, or order, decree or judgment entered against any insured on or prior to 08/15/2005 or the same or substantially the same wrongful act or interrelated wrongful acts, fact, circumstance or situation underlying or alleged therein.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

U-FLXS-207-A CW  (08/11)
Page 1 of 1